Barbie D. Lieber (BDL 5891)
**Lieber & Lieber, LLP**
**60 East 42nd Street**
**Suite 2222**
**New York, NY 10165**
**Attorneys for Plaintiff**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re   Patricia A. O'Connor          , ) | Case No. | **16-01000-scc** |
| Debtor | | |
| Patricia A. O'Connor         ) | | |
| ) | Chapter | 7 |
| Plaintiff   ) | | |
| ) | | |
| v.         ) | Adv. Proc. No. | |
| Access Group Inc and Access Group Loan Servicing      ) | | |
| Defendants   ) | | |

**CERTIFICATE OF SERVICE**

Barbie D. Lieber of Lieber & Lieber, LLP, counsel to the Debtor, certifies on January 9, 2016, I caused the Debtor's Verified Complaint against Access Group Inc., Access Group Loan Servicing . Nature(s) of Suit: (63 (Dischargeability - 523(a)(8), student loan Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 2/17/2016 at 10:00 AM at Courtroom 623 (SCC), Answer due by 2/3/2016, (collectively the "Complaint")) on the parties listed on

**Access Group Inc.**
10 North High Street
Suite 400
West Chester, PA 19803

**Access Group Loan Servicing**
PO Box 7540
Wilmington, DE 19803

by depositing the Complaint in an pre-addressed, pre-paid envelope into a US Postal Depository addressed to each of the foregoing.

Dated:  New York, New York

January 17, 2016

/s/*Barbie D. Lieber*

Barbie D. Lieber