**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: O'Connor v. Access Group Inc. et al                CASE NO.: 16–01000–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  0

---

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

Please take notice that the pretrial conference in the abovecaptioned adversary proceeding has been adjourned from February 17, 2016 at 10 a.m., to March 3, 2016 at 11:00 a.m.

Thank you

Dated: January 22, 2016                Vito Genna
                                        Clerk of the Court

United States Bankruptcy Court
Southern District of New York

O'Connor,
     Plaintiff
                                     Adv. Proc. No. 16-01000-scc

Access Group Inc.,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1       User: gwhite           Page 1 of 1           Date Rcvd: Jan 22, 2016
                           Form ID: 143           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
```
aty          +Barbie Dawn Lieber,   Lieber & Lieber, LLP,   60 E. 42nd St.,   NY, NY 10165-6233
smg           N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg           New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg           New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
              Albany, NY 12205-0300
smg          +United States Attorney's Office,   Southern District of New York,
              Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
dft          +Access Group Loan Servicing,   PO Box 7540,   Wilmington, DE 19803-0540
pla          +Patricia A. O'Connor,   80 Seaman Avenue,   apartment 1D,   New York, NY 10034-2838
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 22 2016 19:20:20   United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-9449
dft          +E-mail/Text: legalnotices@accessgroup.org Jan 22 2016 19:20:26   Access Group Inc.,
              10 North High Street,   Suite 400,   West Chester, PA 19380-3014
                                                                      TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
        Barbie Dawn Lieber   on behalf of Plaintiff Patricia A. O'Connor barbie@lieberlegal.com,
        lieberb@aol.com
                                             TOTAL: 1