Barbie D. Lieber (BDL 5891)
**Lieber & Lieber, LLP**
**60 East 42ⁿᵈ Street**
**Suite 2222**
**New York, NY 10165**
**Attorneys for Plaintiff**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re  **Patricia A. O'Connor**   , ) | Case No. | **15-12768 (SCC)** |
| Debtor ) | | |
| Patricia A. O'Connor ) | | |
| ) | Chapter | **7** |
| Plaintiff ) | | |
| ) | | 16-01000 scc |
| v. ) | Adv. Proc. No. | |
| Access Group Inc and Access Group Loan Servicing ) | | |
| Defendants ) | | |

**EX-PARTE MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Patricia A. O'Connor (the "Plaintiff"), by the undersigned counsel, Lieber & Lieber, LLP, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, incorporated by Federal Bankruptcy Rule 7055, hereby requests that the Court enter default judgments against Defendants Access Group Inc. and Access Group Loan Servicing ("Defendants" ) for having failed to answer or otherwise appear in the above captioned action in a timely basis.

    1.    A copy of the Summons and Notice of Pretrial Conference in An Adversary Proceeding dated January 4, 2016 and Verified Complaint were duly served on each of Defendants Access Group Inc and Access Group Loan Servicing by the undersigned on January 9, 2016, in accordance with Fed. R. Bankr. P. 7004(e).  A certificate of service was duly filed with the Court, docket number 3.

    2.    Defendants  Access Group Inc. and  Access Group Loan Servicing have not answered or otherwise appeared in the action and the time to respond has expired.

    3.    In accordance with  Rule 55(a) of the Federal Rules of Civil Procedure incorporated by Bankruptcy Rule 7055, the Clerk entered a default on February 18, 2016 against each of the Defendants, docket numbers 7 and 8.

4.   The undersigned counsel, on behalf of Plaintiff, affirms under penalty of perjury:

DECLARATION OF NON-MILITARY STATUS: No defendant named in the caption above is in the military service so as to be entitled to the benefits of the Service members Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App. §§ 501-594) as such defendants are corporations The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America.

5.  The undersigned counsel, on behalf of Plaintiff, affirms under penalty of perjury:

As the Defendants are corporations, neither the Defendants or any person thought to have an interest in Defendant's property is an infant, incompetent or presently engaged in the military.

6.  Plaintiff is moving via this ex parte motion in accordance the Fed. R. Bankr. P. 7055 as Defendants have not appeared in this adversary proceeding.

WHEREFORE, the Debtor demands judgment declaring that the loans extended by Access Group Inc. to Plaintiff Patricia A. O'Connor would impose an undue hardship on the Debtor and her dependents and, as such, are dischargeable pursuant to Bankruptcy Code § 523(a) (8).

Dated February 18, 2016

Respectfully submitted,
/s/ *Barbie D. Lieber* (**BDL 5891**)
  **Lieber & Lieber, LLP**
  **60 East 42nd Street**
  **Suite 2222**
  **New York, NY 10165**
  **Attorneys for Plaintiff**
  **212-949-5586**