# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Patricia A. O'Connor  Bankruptcy Case No.: 15–12768–scc

Patricia A. O'Connor

Plaintiff(s),

–against–  Adversary Proceeding No. 16–01000–scc

Access Group Inc.
Access Group Loan Servicing

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Access Group Inc. |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 2/17/16

Vito Genna

*Clerk of the Court*

By: /s/ Anatin Rouzeau

*Deputy Clerk*

United States Bankruptcy Court
Southern District of New York

O'Connor,
    Plaintiff
                                  Adv. Proc. No. 16-01000-scc

Access Group Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1    User: arouzeau    Page 1 of 1    Date Rcvd: Feb 17, 2016
                 Form ID: clkdflt    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft          +E-mail/Text: legalnotices@accessgroup.org Feb 17 2016 19:39:14      Access Group Inc.,
      10 North High Street,   Suite 400,   West Chester, PA 19380-3014
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2016 at the address(es) listed below:
         Barbie Dawn Lieber    on behalf of Plaintiff Patricia A. O'Connor barbie@lieberlegal.com,
            lieberb@aol.com
                                                                                             TOTAL: 1